**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1919**

_____

LASZLO SZABO,

                                    Plaintiff  - Appellant,

        versus

EAST CAROLINA UNIVERSITY,

                                    Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence  W.  Boyle, District Judge.  (4:07-cv-00010-BO)

_____

Submitted:  December 13, 2007      Decided:  December 18, 2007

_____

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Laszlo Szabo, Appellant Pro Se.  John Payne Scherer, II, Assistant Attorney General, Raleigh, North Carolina, for Appellant

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Laszlo Szabo appeals the district court's order granting Defendant's motion to dismiss his employment discrimination claims brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000), the Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621 to 634 (2000), and the Equal Pay Act, 29 U.S.C. § 206(d) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. See Szabo v. East Carolina Univ., No. 4:07-cv-00010-BO (E.D.N.C. filed Aug. 1, 2007; entered Aug. 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED